Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  (650) 849-4400
Facsimile:  (650) 849-4800

Bingham McCutchen LLP
JENNIFER A. LOPEZ (SBN 232320)
jennifer.lopez@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
MICHAEL D. MORTENSON (SBN 247758)
michael.mortenson@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626-1924
Telephone:  714.830.0600
Facsimile:  714.830.0700

Attorneys for Plaintiff
CALIFORNIA ALLIANCE OF CHILD AND FAMILY SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA ALLIANCE OF CHILD AND FAMILY SERVICES,<br><br>             Plaintiff,<br><br>     v.<br><br>JOHN WAGNER, Director of the California Department of Social Services, in his official capacity; GREGORY ROSE, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in his official capacity,<br><br>             Defendants. | Case No. CV 09-04398 (MHP)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE**<br><br>Complaint filed: September 18, 2009 |

A/73190901.1

1  Plaintiff California Alliance of Child and Family Services ("Plaintiff") and Defendants
2  John Wagner and Gregory Rose ("Defendants"), through their counsel of record, hereby stipulate
3  as follows:
4  WHEREAS, on September 18, 2009, Plaintiff filed its Complaint (Dkt. No. 1) against
5  Defendants;
6  WHEREAS, on October 13, 2009, Plaintiff filed its Answer to the Complaint (Dkt No.
7  34), which contains twenty-four affirmative defenses;
8  WHEREAS, the deadline for the Alliance to file its Motion to Strike Defendants'
9  Affirmative Defenses is November 5, 2009;
10  WHEREAS, the parties agree that it would be more efficient to attempt to resolve these
11  issues informally before burdening the Court;
12  WHEREAS, Defendants have agreed to grant Plaintiff an extension of time of thirty days
13  to file its Motion to Strike so that the parties can meet and confer on these issues;
14  IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned
15  counsel, that Plaintiff shall file Motion to Strike Defendants' Affirmative Defenses no later than
16  December 7, 2009.

DATED: November 5, 2009             Bingham McCutchen LLP


                                    By: /s/ Craig A. Taggart
                                       Craig A. Taggart
                                       Attorneys for Plaintiff
                                       CALIFORNIA ALLIANCE OF CHILD AND
                                       FAMILY SERVICES

1  DATED:  November 5, 2009              Edmund G. Brown, Jr.
2                                         Attorney General of the State of California
3
4                                         By:  /s/ George Prince
                                              George Prince
5                                             Deputy Attorney General
                                              Attorneys for Defendants
6
7
8       Pursuant to General Order No. 45, Section X, I attest that concurrence in the filing of this
9  document has been obtained from Mr. Prince.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
A/73190901.1                           - 2 -
STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE
CASE NO. CV 09-04398 (MHP)

Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Bingham McCutchen LLP
JENNIFER A. LOPEZ (SBN 232320)
jennifer.lopez@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
MICHAEL D. MORTENSON (SBN 247758)
michael.mortenson@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Plaintiff
CALIFORNIA ALLIANCE OF CHILD AND FAMILY SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA ALLIANCE OF CHILD AND FAMILY SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN WAGNER, Director of the California Department of Social Services, in his official capacity; GREGORY ROSE, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in his official capacity,<br><br>    Defendants. | Case No. CV 09-04398 (MHP)<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE<br><br>Complaint filed: September 18, 2009 |

A/73190914.1

1    Plaintiff California Alliance of Child and Family Services ("Plaintiff") and Defendants
2 John Wagner and Gregory Rose ("Defendants") have submitted their Stipulation for Extension of
3 Time to File Motion to Strike.  This Court has reviewed the parties' Stipulation and finds good
4 cause for granting the requested order.
5    **IT IS HEREBY ORDERED** that Plaintiff shall file its Motion to Strike no later than
6 December 7, 2009.

8  DATED:  __11/6/2009_____      _____
9                                    THE HON. MARILYN H. PATEL
                                     United States District Judge
10                                   Northern District of California

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

A/73190914.1
- 1 -

[PROPOSED] ORDER
CASE NO. CV 09-04398 (MHP)